531 F.2d 574
 93 L.R.R.M. (BNA) 2018
 West Gulf Maritime Association
v.
International Longshoremen's Association, AFL-CIO
*#
 No. 75-3552
 United States Court of Appeals, Fifth Circuit
 4/22/76
 S.D.Tex., 413 F.Supp. 372
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.